FILED

03/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0599

_____

ELK GROVE DEVELOPMENT COMPANY,

     Plaintiff and Appellee,

vs.

FOUR CORNERS COUNTY WATER
AND SEWER DISTRICT,                            O R D E R

     Defendant and Appellant,

ELK GROVE HOMEOWNERS ASSOCIATION,
INC., a Montana Non-Profit Corporation,

     Intervenor and Appellee.

_____

Upon consideration of the Appellee Elk Grove Homeowners Association's (the Association) motion for extension of time, and good cause appearing therefore,

IT IS ORDERED that The Association is granted an extension of time until March 29, 2020, to prepare, serve, and file its response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 19 2020